# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JENNIFER PAVAO

**WARRANT FOR ARREST**

Case Number: 04M-1049-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JENNIFER PAVAO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

UNLAWFULLY, KNOWINGLY AND INTENTIONALLY CONSPIRING WITH OTHERS, KNOWN AND UNKNOWN, TO POSSESS, AND TO POSSESS WITH INTENT TO DISTRIBUTE, COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title 21 United States Code, Section(s) 841 and 846 .

**Judith G. Dein**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**US Magistrate Judge**
Title of Issuing Officer

**March 17, 2004 at Boston, MA**
Date and Location

Bail fixed at $ _____  BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |